UNITED STATES of America, Plaintiff–Appellee

v.

Eladio CRISPIN, also known as Eladio Crispin–Morones, Defendant–Appellant.

No. 13–40406
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 21, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Eladio Crispin raises an argument that he concedes is foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 562 n. 28 (5th Cir.) (en banc), *cert. denied,* —— U.S. ——, 134 S.Ct. 512, 187 L.Ed.2d 365 (2013), in which this court held that the generic, contemporary definition of "sexual

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

abuse of a minor" does not include the age-differential requirement asserted. Accordingly, the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is affirmed.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.